Gabriel Palerm, demandante y apelado, *v.* Alfredo Vargas y Juan Pedrosa, demandados y apelante el segundo.

No. 5350.—*Sometido:* Diciembre 1, 1930. *Resuelto:* Diciembre 9, 1930.

*Celestino Iriarte,* abogado del apelante; *P. Amado Rivera,* abogado del apelado.

El Juez Asociado Señor Texidor, emitió la opinión del tribunal.

El primer motivo que, para fundar su petición de desestimación, ofrece el apelado, no es exacto, porque de récord resulta que la parte apelante tiene obtenidas varias prórrogas, venciendo la última el 5 de diciembre de 1930.

En cuanto al segundo motivo, o sea que el apelante Pedrosa no notificó esta apelación a su co-demandado Vargas, el apelante en su oposición sostiene que esto no era necesario, porque Vargas no contestó la demanda, ni se anotó su rebeldía. De la transcripción del récord aparece que Vargas formuló excepción previa, conjuntamente con Pedrosa, y luego no contestó la demanda. Vargas es una parte interesada en el pleito, y la notificación de la apelación debió hacerse a tal interesado.

No es necesario resolver la cuestión de frivolidad, que se propone.

*Debe desestimarse, y se desestima, la apelación.*